# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| Jackson Women's Health Organization, on behalf of itself and its patients; and Sacheen Carr-Ellis, M.D., M.P.H., on behalf of herself and her patients <br><br> *Plaintiff(s)* <br> v. <br> Mary Currier, in her official capacity; Mississippi State Board of Medical Licensure; and Kenneth Cleveland, M.D., in his official capacity <br><br> *Defendant(s)* | Civil Action No. 3:18-cv-171-CWR-FKB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MARY CURRIER, M.D., M.P.H., in her official capacity as State Health Officer of the Mississippi Department of Health
c/o the Mississippi Attorney General's Office
550 High Street
Jackson MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert B. McDuff
Law Office of Robert McDuff
767 North Congress Street
Jackson, MS 39202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
*CLERK OF COURT*

Date: MAR 1 9 2013

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

Jackson Women's Health Organization, on behalf of itself and its patients; and Sacheen Carr-Ellis, M.D., M.P.H., on behalf of herself and her patients

*Plaintiff(s)*

v.

Mary Currier, in her official capacity; Mississippi State Board of Medical Licensure; and Kenneth Cleveland, M.D., in his official capacity

*Defendant(s)*

Civil Action No. 3:18 CV 171 CWR FKB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KENNETH CLEVELAND, M.D., in his official capacity as Executive Director of the Mississippi State Board of Medical Licensure
c/o the Mississippi Attorney General's Office
550 High Street
Jackson MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert B. McDuff
Law Office of Robert McDuff
767 North Congress Street
Jackson, MS 39202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

CLERK OF COURT

Date: MAR 1 9 2018

E. Moser

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

Jackson Women's Health Organization, on behalf of itself and its patients; and Sacheen Carr-Ellis, M.D., M.P.H., on behalf of herself and her patients )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 3:18-cv-171-CWR-FKB
Mary Currier, in her official capacity; Mississippi State Board of Medical Licensure; and Kenneth Cleveland, M.D., in his official capacity )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MISSISSIPPI STATE BOARD OF MEDICAL LICENSURE
c/o the Mississippi Attorney General's Office
550 High Street
Jackson MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert B. McDuff
Law Office of Robert McDuff
767 North Congress Street
Jackson, MS 39202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
*CLERK OF COURT*

Date: MAR 1 9 2013

*Signature of Clerk or Deputy Clerk*