UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JACKSON WOMEN'S HEALTH
ORGANIZATION, on behalf of itself
and its patients,

and

SACHEEN CARR-ELLIS, M.D., M.P.H.,
on behalf of herself and her patients,                                                                PLAINTIFFS

vs.                                                     Civil Action No.  3:18-CV-171–CWR-FKB

MARY CURRIER, M.D., M.P.H., in her
official capacity as State Health Officer
of the Mississippi Department of Health;

and

MISSISSIPPI STATE BOARD OF MEDICAL
LICENSURE;

and

KENNETH CLEVELAND, M.D., in his official
capacity as Executive Director of the Mississippi
State Board of Medical Licensure,                                                                       DEFENDANTS

**ENTRY OF APPEARANCE**

      Please take notice that I, Wilson Minor, Special Assistant Attorney General for the State of Mississippi, hereby enter an appearance for Mary Currier, M.D., M.P.H., in her official capacity as State Health Officer of the Mississippi Department of Health; Mississippi State Board of Medical Licensure; and Kenneth Cleveland, M.D., in his official capacity as Executive Director of the Mississippi State Board of Medical Licensure.

      Respectfully submitted, this the 19th day of March, 2018.

        **MARY CURRIER, in her official capacity as State Health Officer of the Mississippi Department of Health; and**

        **MISSISSIPPI STATE BOARD OF MEDICAL LICENSURE; and**

        **KENNETH CLEVELAND, M.D., in his official capacity as Executive Director of the Mississippi State Board of Medical Licensure**

**BY:**    **JIM HOOD, ATTORNEY GENERAL**
           **STATE OF MISSISSIPPI**

          *s/ Wilson Minor*
**BY:**    WILSON MINOR, MSB No. 102663
          SPECIAL ASSISTANT ATTORNEY GENERAL

STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
Post Office Box 220
Jackson, MS   39205
Telephone No. 601-359-6279
Facsimile: 601-359-2003
wmino@ago.state.ms.us

## CERTIFICATE OF SERVICE

This is to certify that I, Wilson Minor, Special Assistant Attorney General for the State of Mississippi, filed the above and foregoing document via the Court's ECF system, which sent notice of such filing to the following:

Robert M. McDuff
Law Office of Robert McDuff
767 North Congress Street
Jackson, MS 39202
rbm@mcdufflaw.com

Julie Rikelman
Christine Parker
CENTER FOR REPRODUCTIVE RIGHTS
199 Water Street, 22nd Floor
New York, NY 10038
jrikelman@reprorights.org
cparker@reprorights.org

**THIS** the 19th day of March, 2018.

        *s/Wilson Minor*
        Wilson Minor