IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| JACKSON WOMEN'S HEALTH ORGANIZATION, on behalf of itself and its patients,<br><br>and<br><br>SACHEEN CARR-ELLIS, M.D., M.P.H., on behalf of herself and her patients,<br><br>                Plaintiffs,<br>vs.<br><br>MARY CURRIER, M.D., M.P.H., in her official capacity as State Health Officer of the Mississippi Department of Health,<br><br>and<br><br>MISSISSIPPI STATE BOARD OF MEDICAL LICENSURE,<br><br>and<br><br>KENNETH CLEVELAND, M.D., in his official capacity as Executive Director of the Mississippi State Board of Medical Licensure,<br><br>                Defendants. | Case No. 3:18cv171-CWR-FKB |

**PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

      Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiffs, by and through their undersigned counsel, hereby move this Court to issue an immediate temporary restraining order, restraining Defendants, and their agents and successors in office, from enforcing Mississippi House Bill 1510 ("the Act").  The Act unconstitutionally bans abortion after 15 weeks of pregnancy, months prior to viability, in contravention of decades of United States Supreme Court precedent.  The Act also has an immediate effective date.  Accordingly, without

an order from the Court, Plaintiffs will have to cease providing abortion services after 15 weeks of pregnancy, including canceling an appointment already scheduled for Tuesday, March 20, at 2 pm, causing immediate and irreparable harm to their patients.

In support of this Motion for Temporary Restraining Order, Plaintiffs respectfully submit the following documents:

- Memorandum of Law in Support of Plaintiffs' Motion for Temporary Restraining Order; and,

- Declaration of Sacheen Carr-Ellis in Support of Plaintiffs' Motion for Temporary Restraining Order.

The Attorney General's Office has been informed by telephone of this motion and will be receiving it through ECF upon filing. The State Defendants were served with process this afternoon

Respectfully submitted this 19th day of March, 2018.


 _/s/ Robert B. McDuff_
Robert B. McDuff, MS Bar #2532
Law Office of Robert McDuff
767 North Congress Street
Jackson, MS 39202
(601) 969-0802 (Phone)
(601) 969-0804 (Fax)
rbm@mcdufflaw.com

Julie Rikelman,* NY Bar #3011426
Hillary Schneller,* NY Bar # 5151154
Christine Parker,* CA Bar #315529
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, NY 10038
(917) 637-3670 (Phone)
(917) 637-3666 (Fax)
jrikelman@reprorights.org
hschneller@reprorights.org
cparker@reprorights.org
*Pro Hac Vice Application to be Filed

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of Plaintiffs' Motion for Temporary Restraining Order and the Declaration of Sacheen Carr-Ellis in Support of Plaintiffs' Motion for Temporary Restraining Order are being served through the Court's ECF system on counsel for the defendants:

Paul Barnes
Wilson Minor
Mississippi Attorney General's Office
Walters Sillers Building
550 High Street, Suite 1200
Jackson, MS 39201
hpizz@ago.state.ms.us
pbarn@ago.state.ms.us
wmino@ago.state.ms.us

This the 19th day of March, 2018.

                                                        */s/ Robert B. McDuff*
                                                        Robert B. McDuff, MS Bar #2532
                                                        Law Office of Robert McDuff
                                                        767 North Congress Street
                                                        Jackson, MS 39202
                                                        (601) 969-0802 (Phone)
                                                        (601) 969-0804 (Fax)
                                                        rbm@mcdufflaw.com