**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**


**JACKSON WOMEN'S HEALTH ORGANIZATION, et al.**                **PLAINTIFFS**

**v.**                                **CIVIL ACTION NO. 3:18cv171-CWR-FKB**

**M.D., M.P.H., MARY CURRIER, et al.**                          **DEFENDANTS**


**DEFENDANTS' EXHIBIT LIST**

| NO. | DESCRIPTION | SPONSOR | ID. | EVID. |
|-----|-------------|---------|-----|-------|
| D-1 | House Bill No. 1510 (as sent to Governor) | | | X |
| D-2 | Risk Factors for Legal Induce-Abortion-Related Mortality in the U.S. (Vol. 103, #4 April 2004) Lippincott Williams & Wilkins, DOI: 10.1097/01.AOG.0000116260.81570.60 | | | X |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |