# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**JACKSON WOMEN'S HEALTH ORGANIZATION & SACHEEN CARR-ELLIS, M.D., M.P.H.,** *On Behalf of Themselves and Their Patients,* **PLAINTIFFS**

**V.** **CAUSE NO. 3:18-CV-171-CWR-FKB**

**MARY CURRIER,** *State Health Officer of the Mississippi Department of Health,* **ET AL.** **DEFENDANTS**

## ORDER SEPARATING CLAIMS & EXTENDING TRO

Originally, Plaintiffs in this case sought only to challenge Mississippi's 15-week abortion ban, claiming it violated their Constitutional rights to due process and equal protection.[1] Consequently, the Court entered a Temporary Restraining Order to prevent Defendants from enforcing the Ban.[2] Plaintiffs have since amended their complaint, dropping the equal protection challenge to the Ban and adding five separate challenges to Mississippi's other abortion laws.[3]

Federal Rule of Civil Procedure 42 allows the Court to "order a separate trial of one or more separate issues [or] claims" for "convenience, to avoid prejudice, or to expedite and economize." The Court will do so here, separating this case into two Parts. Part I will deal with the challenge to the Ban, and will proceed according to a discovery schedule the Court will adopt after the parties have fully briefed Plaintiffs' pending discovery motion.[4] Part II will deal with the challenges to Mississippi's other abortion laws, and will proceed according to a case management order the parties are to obtain from Magistrate Judge F. Keith Ball.

---

[1] Complaint at Docket No. 1.
[2] Docket No. 9.
[3] Amended Complaint at Docket No. 23.
[4] Docket No. 16.

On September 24, 2018, the Court will hold a hearing on a preliminary injunction regarding the Ban. The Restraining Order is EXTENDED until 30 days after the conclusion of that hearing, pursuant to Defendants' consent and Federal Rule of Civil Procedure 65.

**SO ORDERED**, this the 11th day of April, 2018.

s/ Carlton W. Reeves  
UNITED STATES DISTRICT JUDGE