IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| JACKSON WOMEN'S HEALTH ORGANIZATION, on behalf of itself and its patients,<br><br>SACHEEN CARR-ELLIS, on behalf of herself and her patients,<br><br>           Plaintiffs,<br><br>v.<br><br>MARY CURRIER, M.D., M.P.H., in her official capacity as State Health Officer of the Mississippi Department of Health, et al.,<br><br>           Defendants. | Case No. 3:18-cv-00171-CWR-FKB |

## NOTICE OF SERVICE OF PLAINTIFFS' EXPERT DISCLOSURES

**TO:   All Counsel of Record**

Notice is hereby given that, on the date entered below, Plaintiffs Jackson Women's Health Organization and Sacheen Carr-Ellis, M.D., M.P.H., served upon counsel of record the Fed. R. Civ. P. 26(a)(2) expert disclosures of the following: Sacheen Carr-Ellis, M.D., M.P.H. and Martina Badell, M.D. The expert disclosures served on the date below are for phase I of this case per the Court's April 11, 2018 Order (Dkt. # 25), and Plaintiffs reserve the right to disclose additional opinions and/or expert witnesses for phase II of this case.

Pursuant to L.U.Civ.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original of the document identified above

| June 14, 2018 | s/ *Hillary Schneller* |
|---|---|
| Date | Signature |

                                                    Hillary Schneller, NY Bar #5151154
                                                    Typed Name & Bar Number

Attorney for:     Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 14, 2018, I electronically filed the foregoing Notice of Service of Plaintiffs' Expert Disclosures with the Clerk of the Court by using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

      s/ *Hillary Schneller*
      Hillary Schneller,* NY Bar # 5151154
      Center for Reproductive Rights
      199 Water Street, 22nd Floor
      New York, NY 10038
      Ph: (917) 637-3777
      Fax: (917) 637-3666
      hschneller@reprorights.org
      *Admitted *pro hac vice*