**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

JACKSON WOMEN'S HEALTH
ORGANIZATION, on behalf of itself and its
patients,

and

SACHEEN CARR-ELLIS, M.D., M.P.H., on
behalf of herself and her patients,

                Plaintiffs,

v.

MARY CURRIER, M.D., M.P.H., in her
official capacity as State Health Officer of
the Mississippi Department of Health, et al.

                Defendants.

Case No. 3:18cv171-CWR-FKB

**NOTICE OF SERVICE OF PLAINTIFFS' RESPONSES TO
DEFENDANTS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION OF DOCUMENTS**

**TO:**    **All Counsel of Record**

      Notice is hereby given that Plaintiffs Jackson Women's Health Organization and

Sacheen Carr-Ellis, M.D., M.P.H., have served via e-mail Plaintiffs' Responses and

Objections to Defendants' First Set of Interrogatories and Plaintiffs' Responses and

Objections to Defendants' First Set of Requests for Production on counsel of record for

Defendants Mary Currier, M.D., M.P.H., in her official capacity as State Health officer of the

Mississippi Department of Health, and Kenneth Cleveland, M.D., in his official capacity

as Executive Director of the Mississippi State Board of Medical Licensure.

Pursuant to L.U.Civ.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original of the document identified above.


July 30, 2018
Date

_/s/ Hillary Schneller_
Signature


Hillary Schneller, NY Bar #5151154
Typed Name & Bar Number

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 30, 2018, I electronically filed the foregoing Notice of Service of Plaintiffs' Responses to Defendants' First Set of Interrogatories and Requests for Production of Documents with the Clerk of the Court by using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/ Hillary Schneller*
Hillary Schneller,* NY Bar # 5151154
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, NY 10038
Ph: (917) 637-3777
Fax: (917) 637-3666
hschneller@reprorights.org
*Admitted *pro hac vice*
