UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| JACKSON WOMEN'S HEALTH ORGANIZATION, on behalf of itself and its patients,<br><br>and<br><br>SACHEEN CARR-ELLIS, M.D., M.P.H., on behalf of herself and her patients,<br><br>     Plaintiffs,<br><br>v.<br><br>MARY CURRIER, M.D., M.P.H., in her official capacity as State Health Officer of the Mississippi Department of Health, et al.<br><br>     Defendants. | Case No. 3:18cv171-CWR-FKB |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT (PHASE I)

Pursuant to Federal Rule of Civil Procedure 56(a), Plaintiffs hereby move the Court to enter summary judgment on Plaintiffs' undue burden claim against Mississippi House Bill 1510 ("the Act"), which bans abortion after 15 weeks of pregnancy except in extremely limited circumstances. H.B. 1510, 2018 Leg., Reg. Sess. (Miss. 2018). Plaintiffs respectfully request that the Court grant Plaintiffs' Motion for Summary Judgment, declare the Act unconstitutional under the Due Process Clause of the Fourteenth Amendment, and permanently enjoin its enforcement, as applied to pre-viability abortions.

The Motion is supported by the Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment (Phase I), the Declarations of Sacheen Carr-Ellis, M.D., M.P.H., and Martina

1

Badell, M.D., and Dr. Mary Currier's Responses to Plaintiffs' First Set of Requests for Admission to Defendants.

Respectfully submitted this 24th day of August, 2018.

/s/ Hillary Schneller_____
Julie Rikelman,* NY Bar # 3011426
Christine Parker,* CA Bar # 315529
Hillary Schneller,* NY Bar # 5151154
Leah Wiederhorn,* NY Bar # 4502845
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, NY 10038
(917) 637-3777 (Phone)
(917) 637-3666 (Fax)
jrikelman@reprorights.org
cparker@reprorights.org
hschneller@reprorights.org
lwiederhorn@reprorights.org
*Pro Hac Vice

Roberto J. Gonzalez,* D.C. Bar # 501406
Paul, Weiss, Rifkind, Wharton &
Garrison, LLP
2001 K Street, NW
Washington, D.C. 20006
(202) 223-7316 (Phone)
(202) 204-7344 (Fax)
rgonzalez@paulweiss.com
*Pro Hac Vice
(212) 492-0364 (Fax)
chammerman@paulweiss.com
adelaney@paulweiss.com
cgrusauskas@paulweiss.com
akorberg@paulweiss.com
*Pro Hac Vice

Robert B. McDuff, MS Bar # 2532
767 North Congress Street
Jackson, MS 39202
(601) 969-0802 (Phone)
(601) 969-0804 (Fax)
rbm@mcdufflaw.com

Beth L. Orlansky, MS Bar # 3938
Mississippi Center for Justice
P.O. Box 1023
Jackson, MS 39205
(601) 352-2269 (Phone)
borlansky@mscenterforjustice.org

Claudia Hammerman,* NY Bar # 2574333
Aaron S. Delaney,* NY Bar # 4321642
Caitlin Grusauskas,* NY Bar # 4846788
Alexia D. Korberg,* NY Bar # 5094222
Paul, Weiss, Rifkind, Wharton &
Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000 (Phone)

ATTORNEYS FOR PLAINTIFFS

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2018, I electronically filed the foregoing Plaintiffs' Motion for Summary Judgment (Phase I) with the Clerk of the Court by using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

> s/ *Hillary Schneller*
> Hillary Schneller,* NY Bar # 5151154
> Center for Reproductive Rights
> 199 Water Street, 22nd Floor
> New York, NY 10038
> Ph: (917) 637-3777
> Fax: (917) 637-3666
> hschneller@reprorights.org
> *Admitted *pro hac vice*