

_____

No. 3:18-CV-171-CWR-FKB

JACKSON WOMEN'S HEALTH ORGANIZATION,
*on behalf of itself and its patients, et al.*

                                                  *Plaintiffs*,

*v.*

MARY CURRIER,
*in her official capacity as State Health Officer,*
*Mississippi Department of Health, et al.*

                                                  *Defendants*.

_____

ORDER AMENDING SCHEDULING ORDER

_____

Before CARLTON W. REEVES, *District Judge*.

Upon stipulation of the parties, the Court hereby amends the Scheduling Order for Phase One, Docket No. 44, as follows:

Any dispositive or *Daubert* motions shall be filed within 45 days after August 23, 2018, the discovery deadline. The parties shall respond to any dispositive or *Daubert* motions

within 14 days from the date the motion is filed. For any dispositive or *Daubert* motions filed prior to the issuance of this Order, the response shall be due 14 days from the date of this Order. The parties shall have seven days from service of any such response to file any reply.

Any motions to strike or exclude in whole or in part shall be filed within seven days after the filing or attachment the party seeks to strike or exclude was filed. The parties shall respond to any motion to strike or exclude within three days from the date it is filed. The parties shall have three days from service of any such response to file any reply.

The preliminary injunction hearing scheduled for September 24, 2018 is continued, pending the Court's resolution of any dispositive motions.

The temporary restraining order currently in place in phase I is extended to October 24, 2018[1] based upon Defendants' consent, and consistent with the Court's Order Separating Claims & Extending TRO, Docket No. 25.

SO ORDERED, this the 31st day of August, 2018.

s/ CARLTON W. REEVES<br>*United States District Judge*

---

[1] October 7, 2018 is the deadline for the filing of all dispositive and *Daubert* motions. In the event a party uses the majority of the 45 days allotted from the close of discovery to file a dispositive or *Daubert* motion, the parties will be put in a position where the TRO will expire prior to the conclusion of briefing. In that event, the Court expects that the parties can reach a compromise on extending the TRO while briefing is concluded.

2