UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JACKSON WOMEN'S HEALTH
ORGANIZATION, on behalf of itself
and its patients,

and

SACHEEN CARR-ELLIS, M.D., M.P.H.,
on behalf of herself and her patients,                                                    PLAINTIFFS


vs.                                                      Civil Action No.  3:18-CV-171–CWR-FKB


THOMAS E. DOBBS, M.D., M.P.H., in his
official capacity as State Health Officer
of the Mississippi Department of Health;

and

KENNETH CLEVELAND, M.D., in his official
capacity as Executive Director of the Mississippi
State Board of Medical Licensure,                                                        DEFENDANTS

## NOTICE OF APPEAL

Notice is given that Defendants, Thomas E. Dobbs, M.D., M.P.H., and Kenneth Cleveland, M.D., sued in their official capacities, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the order [Doc. 89] issued on November 20, 2018, granting Plaintiffs' motion for summary judgment on Part I of the case and permanently enjoining Defendants from enforcing Mississippi House Bill 1510 of 2018.  The Court of Appeals has jurisdiction pursuant to 28 U.S.C. § 1292(a)(1).

Respectfully submitted, this the 17th day of December, 2018.

**THOMAS E. DOBBS, M.D., M.P.H., in his
official capacity as STATE HEALTH OFFICER
OF THE MISSISSIPPI STATE DEPARTMENT**

**OF HEALTH,** and

**KENNETH CLEVELAND, M.D.,** in his official capacity as **EXECUTIVE DIRECTOR OF THE MISSISSIPPI STATE BOARD OF MEDICAL LICENSURE**

BY: JIM HOOD, ATTORNEY GENERAL
STATE OF MISSISSIPPI

BY: *s/ Paul E. Barnes*
PAUL E. BARNES, MSB No. 99107
WILSON D. MINOR, MSB No. 102663
Special Assistant Attorneys General

STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
Post Office Box 220
Jackson, MS 39205
Telephone No. (601)359-4072
Facsimile: (601)359-2003
pbarn@ago.state.ms.us
wmino@ago.state.ms.us

## **CERTIFICATE OF SERVICE**

This is to certify that I, Paul E. Barnes, Special Assistant Attorney General for the State of Mississippi, filed the above and foregoing document via the Court's ECF system, which sent notice of such filing to the following:

Robert B. McDuff
THE LAW OFFICE OF ROBERT MCDUFF
767 North Congress Street
Jackson, MS 39202
rbm@mcduffLaw.com
**ATTORNEY FOR PLAINTIFFS**

Julie Rikelman
Hillary Schneller
Christine Parker
Leah Wiederhorn
CENTER FOR REPRODUCTIVE RIGHTS
199 Water Street, 22nd Floor
New York, NY 10038
jrikelman@reprorights.org
hschneller@reprorights.org
cparker@reprorights.org
lwiederhorn@reprorights.org
**ATTORNEYS FOR PLAINTIFFS**

Aaron S. Delaney
Caitlin Grusauskas
Alexia D. Korberg
Claudia L. Hammerman
Crystal M. Johnson
Roberto J. Gonzalez
PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP - New York
1285 Avenue of the Americas
New York, NY 10019-6064
adelaney@paulweiss.com
cgrusauskas@paulweiss.com
akorberg@paulweiss.com
chammerman@paulweiss.com
cjohnson@paulweiss.com
rgonzalez@paulweiss.com
**ATTORNEYS FOR PLAINTIFFS**

Beth L. Orlansky
MISSISSIPPI CENTER FOR JUSTICE - Jackson
P. O. Box 1023
5 Old River Place, Ste. 203 (39202)
Jackson, MS 39215-1023
borlansky@mscenterforjustice.org
**ATTORNEY FOR PLAINTIFFS**

Robert E. Sanders
YOUNG WELLS WILLIAMS SIMMONS, PA
P. O. Box 23059
Jackson, MS 39225-3059
rsanders@youngwells.com
**ATTORNEY FOR DEFENDANT ROBERT SHULER SMITH**

Pieter Teeuwissen
SIMON & TEEUWISSEN, PLLC
621 East Northside Drive
Jackson, MS 39206
adwoodard@bellsouth.net
**ATTORNEY FOR DEFENDANT GERALD A. MUMFORD**

Gerald A. Mumford
THE MUMFORD LAW FIRM, PLLC
P. O. Box 683
Jackson, MS 39205
gmumfordlaw@gmail.com
**ATTORNEY FOR DEFENDANT GERALD A. MUMFORD**

LaShundra B. Jackson-Winters-City Gov
OFFICE OF THE JACKSON CITY ATTORNEY
P. O. Box 2779
455 E. Capitol St. (39201)
Jackson, MS 39207-2779
lwinters@city.jackson.ms.us
**ATTORNEY FOR DEFENDANTS WENDY WILSON-WHITE**

THIS, the 17th day of December, 2018.

          *s/Paul E. Barnes*
          Paul Barnes