IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| JACKSON WOMEN'S HEALTH ORGANIZATION, on behalf of itself and its patients, <br><br> and <br><br> SACHEEN CARR-ELLIS, M.D., M.P.H., on behalf of herself and her patients, <br><br>    Plaintiffs, <br><br> v. <br><br> THOMAS DOBBS, M.D., in his official capacity as State Health Officer of the Mississippi Department of Health, et al. <br><br>    Defendants. | Case No. 3:18-cv-171-CWR-FKB |

**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Fed. R. Civ. P. 65, Plaintiffs, by and through their undersigned counsel, respectfully move this Court for a preliminary injunction enjoining Defendants from enforcing Senate Bill 2116 ("S.B. 2116"), which bans abortion after approximately 6 weeks.  S.B. 2116 is scheduled to take effect July 1, 2019 and will ban nearly all pre-viability abortions in the state of Mississippi.

This Motion is supported by the Memorandum of Law in Support of Plaintiffs' Motion for a Preliminary Injunction, a copy of S.B. 2116 (attached as Exhibit A), and the Declaration of Sacheen Carr-Ellis, M.D., M.P.H. (attached as Exhibit B).

As set out in the accompanying memorandum of law, Plaintiffs have demonstrated a substantial threat of irreparable injury, for which there is no adequate remedy at law, if S.B. 2116

is not enjoined prior to July 1, 2019.  Plaintiffs' application is supported by specific facts that clearly show their entitlement to a preliminary injunction, which will prevent injury and maintain the status quo pending final resolution of the significant constitutional claims at issue.  Plaintiffs respectfully request that the Court grant Plaintiffs' Motion for a Preliminary Injunction.

Respectfully submitted this 28th day of March, 2019.

/s/ *Aaron Delaney*_____
Claudia Hammerman,* NY Bar # 2574333
Aaron S. Delaney,* NY Bar # 4321642
Caitlin Grusauskas,* NY Bar # 4846788
Alexia D. Korberg,* NY Bar # 5094222
Paul, Weiss, Rifkind, Wharton
   & Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000 (phone)
(212) 492-0364 (fax)
chammerman@paulweiss.com
adelaney@paulweiss.com
cgrusauskas@paulweiss.com
akorberg@paulweiss.com
*Pro Hac Vice*

Roberto J. Gonzalez,* D.C. Bar # 501406
Crystal Johnson,* NY Bar # 5405204
Paul, Weiss, Rifkind, Wharton
   & Garrison, LLP
2001 K Street, NW
Washington, D.C. 20006
(202) 223-7316 (phone)
(202) 204-7344 (fax)
rgonzalez@paulweiss.com
cjohnson@paulweiss.com
*Pro Hac Vice*

/s/ *Robert McDuff*_____
Robert B. McDuff, MS Bar, # 2532
767 North Congress Street
Jackson, MS 39202
(601) 969-0802 (phone)
(601) 969-0804 (fax)
rbm@mcdufflaw.com

Beth L. Orlansky, MS Bar # 3938
Mississippi Center for Justice
P.O. Box 1023
Jackson, MS 39205
(601) 352-2269 (phone)
borlansky@mscenterforjustice.org

Hillary Schneller,* NY Bar # 5151154
Julie Rikelman,* NY Bar # 3011426
Leah Wiederhorn,* NY Bar # 4502845
Christine Parker,* CA Bar # 315529
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, NY 10038
(917) 637-3777 (phone)
(917) 637-3666 (fax)
hschneller@reprorights.org
jrikelman@reprorights.org
lwiederhorn@reprorights.org
cparker@reprorights.org
*Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2019, I electronically filed the foregoing Plaintiffs' Motion for a Preliminary Injunction with the Clerk of the Court by using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

    /s/ Aaron Delaney\_\_\_\_\_
Aaron Delaney,* NY Bar #4321642
Paul, Weiss, Wharton, Rifkind & Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019
Ph: (212)-373-3119
Fax: (212)-492-0119
adelaney@paulweiss.com
*Admitted pro hac vice