UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JACKSON WOMEN'S HEALTH
ORGANIZATION, on behalf of itself
and its patients,

and

SACHEEN CARR-ELLIS, M.D., M.P.H.,
on behalf of herself and her patients,                                    PLAINTIFFS

vs.                                            Civil Action No.  3:18-CV-171–CWR-FKB

THOMAS E. DOBBS, M.D., M.P.H., in his
official capacity as State Health Officer
of the Mississippi Department of Health;

and

KENNETH CLEVELAND, M.D., in his official
capacity as Executive Director of the Mississippi
State Board of Medical Licensure,                                        DEFENDANTS

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO
RESPOND TO MOTIONS FOR LEAVE TO FILE AN AMENDED
SUPPLEMENTAL COMPLAINT and FOR PRELIMINARY INJUNCTION**

Defendants, by and through counsel, respectfully move to extend the deadline to file any

responses, memoranda, or opposition(s) to Plaintiffs' Motion for Leave to File a Supplemental

Amended Complaint [Doc. 99] and Plaintiffs' Motion for Preliminary Injunction [Doc. 101] as

follows, to-wit:

Defendants' responses to the two referenced motions are currently due Thursday, April

11, 2019.  Defendants reasonably need an additional four days, through and including Monday,

April 15, 2019, to file their responses and memoranda to those motions.  As the new law at issue,

S.B. 2116, does not go into effect until July 1, 2019, this short extension should not result in any unreasonable delay or cognizable prejudice to any party.

Defense counsel have conferred with opposing counsel, who have consented to the requested extension.  In exchange, Defense counsel have agreed to an extension of Plaintiffs' time to file their replies regarding these motions from seven to ten days.

Therefore, Defendants hereby request an extension of time to Monday, April 15, 2019 for Defendants to file any response, memoranda, or opposition to Plaintiffs' Motion for Leave to File a Supplemental Amended Complaint [Doc. 99] and Plaintiffs' Motion for Preliminary Injunction [Doc. 101].  Defendants further request and agree that Plaintiffs should be granted ten days to file their replies in connection with these motions, instead of the usual seven days.

WHEREFORE, Defendants respectfully request that this motion be granted, and that the Court extend the deadline for Defendants to file any response or opposition to Plaintiffs' Motion for Leave to File a Supplemental Amended Complaint [Doc. 99] and Plaintiffs' Motion for Preliminary Injunction [Doc. 101] to Monday, April 15, 2019, and also extend the deadline for Plaintiffs to file any rebuttals or replies to Thursday, April 25, 2019.

Respectfully submitted, this the 9th day of April, 2019.

**THOMAS E. DOBBS, M.D., M.P.H., in his official capacity as STATE HEALTH OFFICER OF THE MISSISSIPPI STATE DEPARTMENT OF HEALTH, and**

**KENNETH CLEVELAND, M.D., in his official capacity as EXECUTIVE DIRECTOR OF THE MISSISSIPPI STATE BOARD OF MEDICAL LICENSURE**

BY:    **JIM HOOD, ATTORNEY GENERAL**

-2-

**STATE OF MISSISSIPPI**

*s/ Paul E. Barnes*

BY:   PAUL E. BARNES, MSB No. 99107
      WILSON D. MINOR, MSB No. 102663
      Special Assistant Attorneys General

STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
Post Office Box 220
Jackson, MS 39205
Telephone No. (601)359-4072
Facsimile: (601)359-2003
pbarn@ago.state.ms.us
wmino@ago.state.ms.us

**CERTIFICATE OF SERVICE**

This is to certify that I, Paul E. Barnes, Special Assistant Attorney General for the State of

Mississippi, filed the above and foregoing document via the Court's ECF system, which sent

notice of such filing to the following:

Robert B. McDuff
THE LAW OFFICE OF ROBERT MCDUFF
767 North Congress Street
Jackson, MS 39202
rbm@mcduffLaw.com
**ATTORNEY FOR PLAINTIFFS**

Julie Rikelman
Hillary Schneller
Christine Parker
Leah Wiederhorn
CENTER FOR REPRODUCTIVE RIGHTS
199 Water Street, 22nd Floor
New York, NY 10038
jrikelman@reprorights.org
hschneller@reprorights.org
cparker@reprorights.org
lwiederhorn@reprorights.org
**ATTORNEYS FOR PLAINTIFFS**

Aaron S. Delaney
Caitlin Grusauskas
Alexia D. Korberg
Claudia L. Hammerman
Crystal M. Johnson
Roberto J. Gonzalez
PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP - New York
1285 Avenue of the Americas
New York, NY 10019-6064
adelaney@paulweiss.com
cgrusauskas@paulweiss.com
akorberg@paulweiss.com
chammerman@paulweiss.com
cjohnson@paulweiss.com
rgonzalez@paulweiss.com

**ATTORNEYS FOR PLAINTIFFS**

Beth L. Orlansky
MISSISSIPPI CENTER FOR JUSTICE - Jackson
P. O. Box 1023
5 Old River Place, Ste. 203 (39202)
Jackson, MS 39215-1023
borlansky@mscenterforjustice.org
**ATTORNEY FOR PLAINTIFFS**

Robert E. Sanders
YOUNG WELLS WILLIAMS SIMMONS, PA
P. O. Box 23059
Jackson, MS 39225-3059
rsanders@youngwells.com
**ATTORNEY FOR DEFENDANT ROBERT SHULER SMITH**

Pieter Teeuwissen
SIMON & TEEUWISSEN, PLLC
621 East Northside Drive
Jackson, MS 39206
adwoodard@bellsouth.net
**ATTORNEY FOR DEFENDANT GERALD A. MUMFORD**

Gerald A. Mumford
THE MUMFORD LAW FIRM, PLLC
P. O. Box 683
Jackson, MS 39205
gmumfordlaw@gmail.com
**ATTORNEY FOR DEFENDANT GERALD A. MUMFORD**

LaShundra B. Jackson-Winters-City Gov
OFFICE OF THE JACKSON CITY ATTORNEY
P. O. Box 2779
455 E. Capitol St. (39201)
Jackson, MS 39207-2779
lwinters@city.jackson.ms.us
**ATTORNEY FOR DEFENDANTS WENDY WILSON-WHITE**

THIS, the 9th day of April, 2019.

                                    *s/Paul E. Barnes*
                                    Paul Barnes