**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

| | |
|---|---|
| **JACKSON WOMEN'S HEALTH ORGANIZATION, et al.** | **PLAINTIFF** |
| **V.** | **CAUSE NO. 3:18-CV-171-CWR-FKB** |
| **THOMAS DOBBS, M.D., M.P.H., et al.** | **DEFENDANTS** |

**ORDER**

The State defendants have moved to file excess pages. Docket No. 234. They seek to double Rule 7(b)(5)'s limit of 35 pages for both their *Daubert* and their dispositive motions. *Id.*

Although Plaintiffs do not oppose the request, Plaintiffs say that they will be filling their dispositive and Daubert motions within the limits of the rule. On review, the motion is granted in part and denied in part. The Defendants' request with respect to the dispositive motion will be granted in part; the State will be given an additional 10 pages for that motion. With respect to the *Daubert* motion, however, the motion will be denied.

Although the Plaintiffs have not requested additional pages, and advise that they do not need the additional pages, they also are granted an additional 10 pages for their dispositive motion, Docket No. 232.

**SO ORDERED**, this the 6th day of May, 2021.

                                                s/ Carlton W. Reeves
                                                UNITED STATES DISTRICT JUDGE