# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

May 17, 2021

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Thomas E. Dobbs, State Health Officer of the Mississippi
Department of Health, et al.
v. Jackson Women's Health Organization, et al.
No. 19-1392
(Your No. 18-60868)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted limited to Question 1 presented by the petition.

Sincerely,

Scott S. Harris, Clerk

