# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 18, 2021

```
Mr. Arthur S. Johnston III
Southern District of Mississippi, Jackson
United States District Court
501 E. Court Street
Suite 2.500
Jackson, MS 39201

     No. 18-60868    Jackson Women's Health v. Dobbs
                    USDC No. 3:18-CV-171
```

Dear Mr. Johnston,

Enclosed is a copy of the Supreme Court order granting certiorari.

```
                              Sincerely,

                              LYLE W. CAYCE, Clerk

                                    /s/ Stacy Carpenter
                              By: _____
                              Stacy M. Carpenter, Deputy Clerk
```