IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JACKSON WOMEN'S HEALTH ORGANIZATION, et al.                    PLAINTIFFS

V.                                    CIVIL ACTION NO. 3:18-CV-171-CWR-FKB

THOMAS E. DOBBS, M.D., M.P.H.,
in his official capacity as State
Health Officer of the Mississippi
Department of Health, et al.                                   DEFENDANTS

## UNOPPOSED MOTION TO RECONSIDER, IN PART, ORDER ON EXCESS PAGE LIMIT

COME NOW the official capacity State Defendants in the above styled and numbered cause, Thomas E. Dobbs, M.D., M.P.H., and Kenneth Cleveland, M.D., by and through counsel, and file this Unopposed Motion to Reconsider a part of the order entered by the Court on May 6, 2021 [Doc. 239] ("the May 6 Order"), granting in part and denying in part the State Defendants' Unopposed Motion to Exceed Page Limit [Doc. 234].  In support thereof, the State Defendants would respectfully show as follows:

1. For the reasons set forth in their memorandum in support, which is being filed contemporaneously herewith, the Court should reconsider that part of the order limiting the total page limit for briefing Defendants' Motion for Partial Summary Judgement to forty-five (45) pages.

2. Due to the number and complexity of the issues raised in Plaintiffs' Supplemental Amended Complaint [Doc. 119], the Court should grant each side a total of seventy (70) pages for briefing that specific motion.  In the alternative, the Court

should grant at least sixty (60) total pages to each side for briefing the potentially dispositive motion.

3. The State Defendants do not seek reconsideration of any other part of that order.

4. Counsel for Plaintiffs have indicated that they do not oppose the relief requested herein, just as they did not oppose the relief requested in the original Unopposed Motion to Exceed Page Limit [Doc. 234].

WHEREFORE PREMISES CONSIDERED, the State Defendants respectfully request that the Court reconsider that part of its May 6 Order limiting the Parties to 45 pages each for briefing Defendants' motion for partial summary judgment, and instead grant each side a total of seventy (70) pages for briefing that specific motion. In the alternative, Defendants request that the Court grant at least sixty (60) total pages to each side for briefing the potentially dispositive motion.

Respectfully submitted, this the 2d day of June, 2021.

    THOMAS E. DOBBS, M.D., M.P.H., in his official capacity as State Health Officer of the Mississippi Department of Health, and KENNETH CLEVELAND, M.D., in his official capacity as Executive Director of the Mississippi State Board of Medical Licensure, Defendants

    LYNN FITCH,
    Attorney General of Mississippi

    /s/ Paul E. Barnes
    PAUL E. BARNES, MSB No. 99107
    WILSON MINOR, MSB No. 102663
    Special Assistant Attorneys General
    Post Office Box 220
    Jackson, Mississippi 39205-0220

      Telephone:  (601) 359-4072
      Facsimile:  (601) 359-2003
      Email:  Paul.Barnes@ago.ms.gov
         Wilson.Minor@ago.ms.gov

## **CERTIFICATE OF SERVICE**

This is to certify that on this day I, Paul E. Barnes, Special Assistant Attorney General for the State of Mississippi, electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notice of such filing to all counsel of record.

THIS the 2d day of June, 2021.

/s Paul E. Barnes
PAUL E. BARNES