UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JACKSON WOMEN'S HEALTH
ORGANIZATION, et al.                                                                    PLAINTIFFS

vs.                                                         Civil Action No.  3:18-CV-171–CWR-FKB

THOMAS E. DOBBS, M.D., M.P.H., in his
official capacity as State Health Officer
of the Mississippi Department of Health, et al.                          DEFENDANTS
_____

MOTION OF ATTORNEY PAUL E. BARNES
TO WITHDRAW AS COUNSEL
_____

      Paul E. Barnes of the Mississippi Attorney General's Office respectfully moves this Court to enter an Order granting him leave to withdraw as counsel of record for the State Defendants, Thomas E. Dobbs, M.D., M.P.H., in his official capacity as State Health Officer of the Mississippi Department of Health, and Kenneth Cleveland, M.D., in his official capacity as Executive Director of the Mississippi State Board of Medical Licensure.

      As of the close of business on June 30, 2021, Paul E. Barnes will no longer be employed with the Mississippi Attorney General's Office. The State Defendants will continue to be represented by Wilson Minor with the Mississippi Attorney General's Office. Thus, the change will not result in delay or other prejudice to any party or to the judicial administration of this action.

      Respectfully submitted, this, the 30th day of June, 2021.

THOMAS E. DOBBS, M.D., M.P.H., in his official capacity as State Health Officer of the Mississippi Department of Health, and KENNETH CLEVELAND, M.D., in his official capacity as Executive Director of the Mississippi State Board of Medical Licensure, Defendants

LYNN FITCH,
Attorney General of Mississippi

*/s/ Paul E. Barnes*
PAUL E. BARNES, MSB No. 99107
WILSON MINOR, MSB No. 102663
Special Assistant Attorneys General
Post Office Box 220
Jackson, Mississippi  39205-0220
Telephone:  (601) 359-4072
Facsimile:  (601) 359-2003
Email:  Paul.Barnes@ago.ms.gov
            Wilson.Minor@ago.ms.gov

## **CERTIFICATE OF SERVICE**

This is to certify that on this day I, Paul E. Barnes, Special Assistant Attorney General for the State of Mississippi, electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notice of such filing to all counsel of record.

THIS the 30th day of June, 2021.

/s Paul E. Barnes
PAUL E. BARNES