**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| JACKSON WOMEN'S HEALTH ORGANIZATION, on behalf of itself and its patients, | |
| and | |
| SACHEEN CARR-ELLIS, M.D., M.P.H., on behalf of herself and her patients, | |
| Plaintiffs, | |
| v. | Case No. 3:18cv171-CWR-FKB |
| THOMAS E. DOBBS, M.D., M.P.H., in his official capacity as State Health Officer of the Mississippi Department of Health, et al. | |
| Defendants. | |

## MOTION TO WITHDRAW ALEXANDRA THOMPSON AS COUNSEL FOR PLAINTIFFS

Per Rule 83.1(b)(3) of the Local Rules of the Southern District of Mississippi, Plaintiffs and their counsel, Alexandra Thompson, respectfully move this Court for permission to withdraw Ms. Thompson as counsel of record for Plaintiffs.  Ms. Thompson has resigned her employment at the Center for Reproductive Rights, effective December 31, 2021.  Plaintiffs have no objection to the proposed withdrawal and will continue to be represented by their other counsel of record.

Dated: December 17, 2021

Respectfully submitted,

        s/ Alexandra Thompson

        Alexandra Thompson, NY Bar # 5241989, IL Bar # 6327693
            Typed Name & Bar Number

1

s/ Hillary Schneller
Hillary Schneller,* NY Bar # 5151154
Julie Rikelman,* NY Bar # 3011426
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, NY 10038
(917) 637-3777 (phone)
(917) 637-3666 (fax)
hschneller@reprorights.org
jrikelman@reprorights.org
*Pro Hac Vice

Claudia Hammerman,* NY Bar # 2574333
Alexia D. Korberg,* NY Bar # 5094222
Aaron S. Delaney,* NY Bar # 4321642
Caitlin Grusauskas,* NY Bar # 4846788
Paul, Weiss, Rifkind, Wharton
   & Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000 (phone)
(212) 492-0364 (fax)
chammerman@paulweiss.com
akorberg@paulweiss.com
adelaney@paulweiss.com
cgrusauskas@paulweiss.com
*Pro Hac Vice

s/ Robert McDuff
Robert B. McDuff, MS Bar, # 2532
Mississippi Center for Justice
767 North Congress Street
Jackson, MS 39202
(601) 969-0802 (phone)
(601) 969-0804 (fax)
rbm@mcdufflaw.com

Beth L. Orlansky, MS Bar # 3938
Mississippi Center for Justice
P.O. Box 1023
Jackson, MS 39205
(601) 352-2269 (phone)
borlansky@mscenterforjustice.org

ATTORNEYS FOR PLAINTIFFS

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 17, 2021, I electronically filed the foregoing Motion to Withdraw Alexandra Thompson as Counsel for Plaintiffs with the Clerk of the Court by using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ Hillary Schneller

Hillary Schneller,* NY Bar # 5151154
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, NY 10038
Ph: (917) 637-3777
Fax: (917) 637-3666
hschneller@reprorights.org
*Admitted *pro hac vice*

3