UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JACKSON WOMEN'S HEALTH ORGANIZATION,
on behalf of itself and its patients,

SACHEEN CARR-ELLIS, M.D., M.P.H., on behalf
of herself and her patients,

                Plaintiffs,

v.                                            Case No. 3:18-cv-171-CWR-FKB

THOMAS DOBBS, M.D., M.P.H., in his
official capacity as State Health Officer of
the Mississippi Department of Health, et al.,

                Defendants.

## MOTION TO WITHDRAW

COMES NOW, BETH L. ORLANSKY, Advocacy Director for Mississippi Center for Justice, and moves this Court for permission to withdraw as counsel for the Plaintiffs, Jackson Women's Health Organization and Sacheen Carr-Ellis, in the above styled and numbered cause, and, in support thereof, would respectfully show unto this Honorable Court the following, to-wit:

I.

That Orlansky is retiring and will no longer be engaged in the active practice of law. Robert B. McDuff will continue to represent Plaintiffs on behalf of the Mississippi Center for Justice.

WHEREFORE, PREMISES CONSIDERED, Beth L. Orlansky, prays that this Honorable Court will authorize her to withdraw as attorney of record for the Plaintiffs, Jackson Women's Health Organization and Sacheen Carr-Ellis, in the above styled and numbered cause on the grounds

stated above..

This the 28th day of December, 2021.

                                              Respectfully submitted,

                                              BETH L. ORLANSKY

## CERTIFICATE OF SERVICE

I, BETH L. ORLANSKY, do hereby certify that I have this day electronically served all counsel of record a true and correct copy of the above and foregoing Motion to Withdraw.

This the 28th day of December, 2021.