# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| JACKSON WOMEN'S HEALTH ORGANIZATION, on behalf of itself and its patients,<br><br>SACHEEN CARR-ELLIS, M.D., M.P.H., on behalf of herself and her patients,<br><br>    Plaintiffs,<br>v.<br><br>THOMAS DOBBS, M.D., M.P.H., in his official capacity as State Health Officer of the Mississippi Department of Health, et al.,<br><br>    Defendants. | Case No. 3:18-cv-171-CWR-FKB |

## MOTION TO WITHDRAW CRYSTAL M. JOHNSON AS COUNSEL FOR PLAINTIFFS

Pursuant to Rule 83.1(b)(3) of the Local Rules of the Southern District of Mississippi, Plaintiffs and their counsel, Crystal M. Johnson, respectfully move this Court for the permission to withdraw Ms. Johnson as counsel of record for Plaintiffs. As of March 8, 2022, Ms. Johnson will no longer be affiliated with Paul, Weiss, Rifkind, Wharton & Garrison, LLP. Plaintiffs have no objection to the proposed withdrawal and will continue to be represented by their other counsel of record.

Dated: March 3, 2022

Respectfully submitted,

    /s/ Crystal M. Johnson_____

  Crystal M. Johnson, NY Bar # 5405204__
       Typed Name & Bar Number

| | |
|---|---|
| Hillary Schneller* <br> Julie Rikelman* <br> Center for Reproductive Rights <br> 199 Water Street, 22nd Floor <br> New York, NY 10038 <br> (917) 637-3777 (Phone) <br> (917) 637-3666 (Fax) <br> jrikelman@reprorights.org <br> hschneller@reprorights.org <br> *Pro Hac Vice <br><br> Robert B. McDuff, MS Bar # 2532 <br> 767 North Congress Street <br> Jackson, MS 39202 <br> (601) 969-0802 (Phone) <br> (601) 969-0804 (Fax) <br> rbm@mcdufflaw.com | /s/ Crystal M. Johnson_____ <br> Crystal M. Johnson <br> Paul, Weiss, Rifkind, Wharton & Garrison, LLP <br> 2001 K Street, Northwest <br> Washington, D.C. 20006 <br> (202) 223-7312 <br> (202) 478-5059 <br> cgeise@paulweiss.com <br> *Pro Hac Vice* <br><br> Claudia Hammerman* <br> Alexia D. Korberg* <br> Aaron S. Delaney* <br> Caitlin Grusauskas* <br> Shane D. Avidan* <br> Paul, Weiss, Rifkind, Wharton & Garrison, LLP <br> 1285 Avenue of the Americas <br> New York, NY 10019 <br> (212) 373-3000 (Phone) <br> (212) 492-0364 (Fax) <br> chammerman@paulweiss.com <br> akorberg@paulweiss.com <br> adelaney@paulweiss.com <br> cgrusauskas@paulweiss.com <br> savidan@paulweiss.com <br> *Pro Hac Vice* |

*Counsel for Plaintiffs*

## Certificate of Service

I HEREBY CERTIFY that on March 3, 2022, I electronically filed the foregoing Motion to Withdraw Crystal M. Johnson as Counsel for Plaintiffs with the Clerk of the Court by using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Crystal M. Johnson*
Crystal M. Johnson