# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

|  |  |
|---|---|
| JACKSON WOMEN'S HEALTH ORGANIZATION, on behalf of itself and its patients, | |
| SACHEEN CARR-ELLIS, M.D., M.P.H., on behalf of herself and her patients, | |
| Plaintiffs, | |
| v. | Case No. 3:18-cv-171-CWR-FKB |
| THOMAS DOBBS, M.D., M.P.H., in his official capacity as State Health Officer of the Mississippi Department of Health, et al., | |
| Defendants. | |

## MOTION TO WITHDRAW DANIELA LORENZO
## AS COUNSEL FOR PLAINTIFFS

Pursuant to Rule 83.1(b)(3) of the Local Rules of the Southern District of Mississippi, Plaintiffs and their counsel, Daniela Lorenzo, respectfully move this Court for the permission to withdraw Ms. Lorenzo as counsel of record for Plaintiffs. As of April 1, 2022, Ms. Lorenzo will no longer be affiliated with Paul, Weiss, Rifkind, Wharton & Garrison, LLP. Plaintiffs have no objection to the proposed withdrawal and will continue to be represented by their other counsel of record.

Dated:  March 29, 2022

Respectfully submitted,

_____/s/ *Daniela Lorenzo*_____

__Daniela Lorenzo, NY Bar # 5780457__
Typed Name & Bar Number

Hillary Schneller*
Julie Rikelman*
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, NY 10038
(917) 637-3777 (Phone)
(917) 637-3666 (Fax)
jrikelman@reprorights.org
hschneller@reprorights.org
*Pro Hac Vice*

Robert B. McDuff, MS Bar # 2532
767 North Congress Street
Jackson, MS 39202
(601) 969-0802 (Phone)
(601) 969-0804 (Fax)
rbm@mcdufflaw.com

*/s/ Daniela Lorenzo*_____
Daniela Lorenzo
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3883 (Phone)
(212) 492-3883 (Fax)
dlorenzo@paulweiss.com
*Pro Hac Vice*

Claudia Hammerman*
Alexia D. Korberg*   Aaron S. Delaney*
Caitlin Grusauskas*
Shane D. Avidan*
Paul, Weiss, Rifkind, Wharton &
   Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000 (Phone)
(212) 492-0364 (Fax)
chammerman@paulweiss.com
akorberg@paulweiss.com
adelaney@paulweiss.com
cgrusauskas@paulweiss.com
savidan@paulweiss.com
*Pro Hac Vice*


*Counsel for Plaintiffs*