# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 24, 2022

Mr. Arthur S. Johnston III
Southern District of Mississippi, Jackson
United States District Court
501 E. Court Street
Suite 2.500
Jackson, MS 39201

    No. 18-60868   Jackson Women's Health v. Dobbs
                        USDC No. 3:18-CV-171

Dear Mr. Johnston,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Majella A. Sutton, Deputy Clerk
                              504-310-7680

cc w/encl:
    Mr. Paul Eldridge Barnes
    Mr. John J. Bursch
    Mr. Stephen James Carmody
    Ms. Alexis Casamassima
    Mr. Aaron Sean Delaney
    Ms. Karli Eisenberg
    Ms. Alexis Fallon
    Ms. Crystal Johnson Geise
    Ms. Caitlin Grusauskas
    Ms. Claudia Hammerman
    Mr. Kyle Douglas Hawkins
    Ms. Beth Ellen Klusmann
    Ms. Alexia Korberg
    Ms. Janice Mac Avoy
    Mr. Robert Bruce McDuff
    Mr. Wilson Douglas Minor

```
Ms. Elizabeth Baker Murrill
Mrs. Beth Levine Orlansky
Ms. Julie Rikelman
Mr. Stuart Sarnoff
Ms. Hillary Schneller
Ms. Priscilla Joyce Smith
Mr. Christian Janet Strickland
Mr. Claude Szyfer
```