**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**JACKSON WOMEN'S HEALTH**                                            **PLAINTIFFS**
**ORGANIZATION, ET AL.**

**V.**                                                          **CAUSE NO. 3:18-CV-171-CWR-FKB**

**DANIEL EDNEY, ET AL.**                                             **DEFENDANTS**

**<u>ORDER</u>**

In accordance with the United States Supreme Court's decision in *Dobbs v. Jackson Women's Health Org.*, 142 S. Ct. 2228 (2022), this Court's injunction preventing enforcement of Mississippi's 15-week abortion ban, *Jackson Women's Health Org. v. Currier*, 349 F. Supp. 3d 536 (S.D. Miss. 2018), is hereby vacated.

*Dobbs* also requires vacatur of this Court's injunction preventing enforcement of Mississippi's six-week abortion ban, *Jackson Women's Health Org. v. Dobbs*, 379 F. Supp. 3d 549 (S.D. Miss. 2019). Accordingly, that injunction too is vacated.

What remains of this suit is plaintiffs' challenge to Mississippi's laws and regulations targeting abortion procedures. *See* Docket No. 119. Because Jackson Women's Health Organization has closed its operations in Mississippi and moved out-of-state, the Court believes that this remaining legal challenge is moot.

If any party disagrees, they shall file something on the record within 14 days. Otherwise, this Court will issue a Final Judgment closing this matter.

**SO ORDERED**, this the 2nd day of September, 2022.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE