IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JACKSON WOMEN'S HEALTH ORGANIZATION, ET AL.**                                      **PLAINTIFFS**

**V.**                                                                       **CAUSE NO. 3:18-CV-171-CWR-FKB**

**DANIEL EDNEY, ET AL.**                                                                 **DEFENDANTS**

## FINAL JUDGMENT

For the reasons stated in the Order vacating the injunctions in this case, *see* Docket No. 256, the Court hereby orders the following:

- As to the 15-week abortion ban, judgment is entered for the defendants;

- As to the six-week abortion ban, judgment is entered for the defendants; and

- The plaintiffs' challenge to Mississippi's laws and regulations targeting abortion procedures is dismissed as moot.

The Clerk of Court is directed to close this case in all respects.

**SO ORDERED AND ADJUDGED**, this the 21st day of September, 2022.

                                                              s/ Carlton W. Reeves
                                                              UNITED STATES DISTRICT JUDGE